UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

**Tracie Shawn Berry**

Debtor(s).

| | |
|---|---|
| Case No. | **25-27637** |
| Chapter | **13** |
| Trustee | **Lon A. Jenkins** |

AMENDED MATRIX
**$34 Fee Required**
☐ **IFP Waiver**

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ☐ Yes or ☐ No

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**   ☑ Adding     ☐ Correcting     ☐ Deleting
Please type the creditors' address(es) changes/additions below: See attached list

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate lines(s)):

☑ 341 Notice        ☐ Discharge Notice        ☑ Plan/Amended Plan

**December 26, 2025**
DATE

**/s/ Laura Ferrin**
**Laura Ferrin**
ATTORNEY FOR DEBTOR(S)

Rev. 12/23

1)  **Desert Rock Capital
168 N 100 E #250
Saint George, UT 84770**

2)  **Desert Rock Capital
981 E 3300 S
Salt Lake City, UT 84106**

3)  **Desert Rock Capital
Legal Department
Po Box 182
Provo, UT 84601**

4)  **Kerry Willets
168 North 100 East #250
Saint George, UT 84770**

5)  **Kerry Willets
Desert Rock Capital, Inc.
Po Box 3173
St. George, UT 84771**

6)  **Kerry Willets
Mountain Loan Centers, Inc.
Po Box 3173
St. George, UT 84771**

7)  **Mountain Loan Centers
Legal Department
Po Box 182
Provo, UT 84601**

8)  **Mountain Loan Centers, Inc.
245 N. University Avenue
Provo, UT 84601**

9)  **Mountain Loan Centers, Inc.
Po Box 911731
Saint George, UT 84791-1731**

Rev. 12/23